HOMOLKA CORPORATION and Another, Appellants, v. FEDERAL SWEETS & WAFER CO., INC., and Another, Respondents.— Order modified by granting motion to extent of enjoining defendants and each of them from putting up, selling or offering for sale a product which might resemble in appearance plaintiffs' product, in boxes or containers of approximately the same shape and dimensions or having a color similar to plaintiffs' color, together with printing matter of similar color and general scheme to that of plaintiffs; and as so modified affirmed, without costs. The amount of the bond to be fixed upon the settlement of the order. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOHN M. RIEHLE, as Receiver, etc., Plaintiff, v. AUGUST JANSSEN and Others, Defendants, Impleaded with MYRON SULZBERGER and Others, as Executors, etc., of LEON C. WEINSTOCK, Deceased, Respondents, and JOHN KAY and Others, as Executors, etc., of WILLIAM BOARDMAN, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PHILIP GOLDSTON and Another, Appellants, v. PARK LANE DRESSES, INC., Respondent, Impleaded with Another.— Appeal dismissed, with ten dollars costs and disbursements to the respondent, on the ground that the service of a new complaint and answer has rendered the appeal academic. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

IRVING TRUST COMPANY, Appellant, v. JOSEPH LEFF, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, without prejudice to the defendant proceeding upon his counterclaim. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

OSTROW BROS., INC., Respondent, v. MAX ZARITSKEY, as President of Cloth Hat, Cap and Millinery Workers International Union, and Others, Appellants.— Order modified by striking out the provisions prohibiting picketing; such picketing to be allowed provided the pickets conform their signs to indicate, not that a strike is being conducted, but that a labor dispute exists between the parties. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance.

KLASKO FINANCE CORPORATION and CHARLES KIMMELMAN, Plaintiffs, v. BELLEAIRE HOTEL CORPORATION and Others, Defendants, ABRAHAM I. SPIRO, Receiver, Respondent, and TEN EAST SIXTIETH STREET RESTAURANT CORPORATION, Appellant.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

In the Matter of the Application of SCHEER REALTY CO., INC., Respondent, to Vacate and Suppress a Subpœna Issued by JAMES A. HIGGINS, Commissioner of Accounts of the City of New York, Appellant.†— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.